**Order entered January 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00575-CR

**AARON RAMSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-12-53925-I**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 21, 2014, we received appellant's brief, together with an extension motion. Therefore, findings are not necessary and we **VACATE** the January 21, 2014 order.

We **GRANT** the January 21, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE